**Andrew M. Schpak**, OSB No. 044080
aschpak@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLI STETSON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE CO.,<br><br>Defendant. | Case No, 3:24-cv-00570-IM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew M. Schpak of the law firm Barran Liebman LLP, 601 SW 2nd Avenue, Suite 2300, Portland, OR 97204-3159, is appearing as counsel of record on behalf of Defendant The Lincoln National Life Insurance Co. in the above-captioned matter. All future papers and pleadings in this matter should be served on Andrew M. Schpak.

DATED this 18th day of April 2024.

BARRAN LIEBMAN LLP

By s/ *Andrew M. Schpak*
Andrew M. Schpak, OSB No. 044080
aschpak@barran.com
Attorneys for Defendant