UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BILLI STETSON

Plaintiff(s),

v.

THE LINCOLN NATIONAL LIFE INSURANCE CO

Defendant(s).

Case No.: 3:24-cv-00570-IM

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

---

Attorney Iwana Rademaekers requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

The Lincoln National Life Insurance Company

In support of this application, I certify that: 1) I am an active member in good standing with the Texas State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name: Rademaekers Iwana
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Agency/firm affiliation: Law Offices of Iwana Rademaekers, P.C.

Mailing address: 17304 Preston Road, Suite 800

City: Dallas State: Texas Zip: 75252

Phone number: (214) 579-9319 Fax number: (469) 444-6456

Business e-mail address: iwana@rademaekerslaw.com

(2) **BAR ADMISSION INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar number(s):
Texas, admitted 5/6/1988, Bar No. 16452560

(b) Other federal court admission(s) and date(s) of admission:
Northern District of Texas, admitted 11/7/1988
(see attached for additional federal courts of admission)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 04/18/2024

[signature]
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Schpak Andrew M.
(*Last Name*) (*First Name*) (*MI*) (*Suffix*)

OSB number: 044080

Agency/firm affiliation: Barran Liebman LLP

Mailing address: 601 SW 2nd Avenue, Suite 2300

City: Portland State: OR Zip: 97204

Phone number: (503) 228-0500 Fax number: (503) 274-1212

Business e-mail address: aschpak@barran.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:24-cv-00570-IM.

DATED: April 18, 2024.

[signature]

(*Signature of Local Counsel*)

# IWANA RADEMAEKERS' LIST OF COURTS ADMITTED

| COURT | ADMISSION DATE/REG. NO. | STATUS |
|---|---|---|
| STATE BAR OF TEXAS | 05/06/1988<br>**Bar No. 16452560** | Active/In Good Standing |
| Supreme Court of Texas | 05/06/1988 | Active/In Good Standing |
| USDC, Northern District of Texas | 11/07/1988 | Active/In Good Standing |
| USDC, Eastern District of Texas | 05/21/1998 | Active/In Good Standing |
| USDC, Western District of Texas | 09/02/1998 | Active/In Good Standing |
| USDC, Southern District of Texas | 09/11/1998<br>**22781** | Active/In Good Standing |
| USDC, Eastern District of Arkansas | 05/22/1998 | Active/In Good Standing |
| USDC, Western District of Arkansas | 05/22/1998 | Active/In Good Standing |
| U.S.D.C. District of Colorado | 01/14/2002 | Active/In Good Standing |
| USDC, Northern District of Illinois | 02/29/2024 | Active/In Good Standing |
| USDC, Eastern District of Michigan | 12/29/2022 | Active/In Good Standing |
| USDC, Western District of Michigan | 02/03/2023 | Active/In Good Standing |
| USDC, Eastern District of Missouri | 6/14/2022<br>**16452560T** | Active/In Good Standing |
| USDC, District of New Mexico | 07/31/2020<br>**20-169** | Active/In Good Standing |
| USDC, District of North Dakota | 01/02/2020 | Active/In Good Standing |
| USDC, Eastern District of Oklahoma | 02/27/2023 | Active/In Good Standing |
| USDC, Western District of Oklahoma | 08/13/2013<br>**13-130** | Active/In Good Standing |
| USDC, Eastern District of Tennessee | 09/07/2022 | Active/In Good Standing |
| USDC, Western District of Tennessee | 12/02/2019 | Active/In Good Standing |
| USDC, Eastern District of Wisconsin | 09/07/2021 | Active/In Good Standing |
| USDC, Western District of Wisconsin | 11/5/2021 | Active/In Good Standing |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 | Active/In Good Standing |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 | Active/In Good Standing |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 | Active/In Good Standing |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 | Active/In Good Standing |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/2002 | Active/In Good Standing |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 | Active/In Good Standing |