UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Billi Stetson

Plaintiff(s),

Case No.: 3:24-cv-00570-IM

v.

The Lincoln National Life Insurance Co.

Defendant(s).

**Fed. R. Civ. P. 26(a) Discovery Agreement**

Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated: 05/13/2024.

Signature: /s/ Hans Huggler

Name and Bar Number: Hans Huggler - 144993

E-mail Address: hans@ERISABorealis.com

Firm Name: Borealis Benefits Law, Inc.

Mailing Address: 522 W. Riverside Ave, Suite 5076`

City, State, Zip: Spokane WA 99201

Attorney for: Plaintiff

cc: Counsel of Record