Hans N. Huggler (OSB #144993)
hans@erisaborealis.com
Alexa M. Shasteen (OSB #170815)
alexa@erisaborealis.com
Borealis Benefits Law, Inc.
522 W. Riverside Ave, Suite 5076
Spokane, WA 99201
(907) 600-1711
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLI STETSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant | Case No.: 3:24-cv-00570-IM<br><br>RULE 26 REPORT AND PROPOSED CASE DEADLINES |

The parties submit the following Rule 26 report:

**1. Nature of the Case**: This is a dispute over plaintiff's eligibility for long-term disability benefits under an employee benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. ("ERISA").

**2. Discovery Plan:**

Initial Disclosures: The parties conducted a Fed. R. Civ. P. 26(f) conference on May

1, 2024. The parties agreed to waive initial disclosures and concurrently file the LR 26-2 form.

Anticipated Discovery: Defendant has already produced a proposed administrative record for Plaintiff's review for completeness. The parties anticipate no discovery will be served in this dispute.

**3. Proposed Case Schedule and Deadlines:**

The parties have conferred on the potential for private resolution of their dispute. They agree settlement discussions are best undertaken after August 2024, by when plaintiff anticipates receiving a final determination of his pending Social Security Disability Insurance claim. Because Plaintiff's public benefits affect the amount of benefits available under the insurance policy at issue, the parties propose a timeline that allows for settlement discussions in September 2024, with minimal costs incurred by either side until then.

The parties anticipate this case will be resolved by dispositive motions on review of an administrative record, do not anticipate the need for trial, and ask that the Court waive the requirement of a pretrial order.

The parties jointly propose the following case schedule and deadlines:

- Close of discovery: **June 28, 2024.**
- Defendant to file administrative record and joint statement of completeness: **October 4, 2024.**
- Plaintiff to file joint ADR report: **October 4, 2024.**
- Plaintiff's dispositive motion: **October 18, 2024.**
- Defendant's combined opposition and dispositive cross-motion: **November 15, 2024.**

- Plaintiff's combined reply and cross-opposition: **December 13, 2024.**
- Defendant's cross-reply: **January 10, 2024.**

Dated this 13th day of May, 2024.

*/s/ Hans Huggler*

Hans N. Huggler, OSB #144993
Alexa M. Shasteen OSB #170815
Borealis Benefits Law, Inc.
Attorneys for Plaintiff