**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | | |
|---|---|---|
| BILLI STETSON, | § | **Case No.: 3:24-cv-00570-IM** |
| | § | |
| Plaintiff | § | **JOINT STIPULATION FOR** |
| | § | **DISMISSAL WITH PREJUDICE** |
| vs. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

Plaintiff Billi Stetson and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 27th day of August 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)
iwana@rademaekerslaw.com

- AND -

BARRAN LIEBMAN LLP

By: /s/ *Andrew Schpak*
**Andrew Schpak, OSB No. 044080**
ASchpak@barran.com
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

**- AND –**

By: /s/ *Hans Huggler*
**Hans N. Huggler, OSB No. 144993**
hans@erisaborealis.com
**Alexa M. Shasteen, OSB No. 170815**
alexa@erisaborealis.com
BOREALIS BENEFITS LAW, INC.
522 W. Riverside Ave, Suite 5076`
Spokane WA 99201
PH: (907) 600-1711

ATTORNEYS FOR PLAINTIFF